FILED

07 NOV -8 PM 3:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUAN C. RODRIGUEZ )
) Civil No. '07 CV 2147 DMS (NLS)
)
v. ) REQUEST FOR APPOINTMENT OF
Commissioner of Social Security ) COUNSEL UNDER THE CIVIL RIGHTS
) ACT OF 1964, 42 U.S.C. 2000e-5(f)(1);
) DECLARATION IN SUPPORT OF
) REQUEST
)
)
)

1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

(A)   my claim is meritorious (that is, I have a good case), and

(B)   I have made a reasonably diligent effort to obtain counsel, and

(C)   I am unable to find an attorney willing to represent me on terms that I can afford.

2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

  ✓ Yes         ___ No

1

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.

   B:   Do you question the correctness of the Commission's "no reasonable cause"
5  determination?

   ✓ Yes     ___ No

   C.   If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel.</u>

I lost Perception and as a result I felt of and hert my wnele, you are free to check my medical records that support my allegations and my latests Physical condition on my elbow also and the outcome on my last three operations last year and all the morfim that I took to ease the pain that I went to/thru

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

   ✓ Yes     ___ No

   If "YES," give the following information about each attorney with whom you talked:

Attorney: Henry Erneal
When: Today Nov/8th/07
Where: San Diego CA.
How (by telephone, in person, etc.): by Phone 619) 814-0933
Why attorney was not employed to handle your claim: He said that He does not goes that high in the Process

Attorney: Lawyer Referal and Information
When: Today
Where: San Diego County Bar Association
How (by telephone, in person, etc.): by Phone 619) 231 8585
Why attorney was not employed to handle your claim: They refered me to the USD legal Clinic

Attorney: USD Legal Clinic
When: Yesterday
Where: "C" Street and First Street in San Diego County
How (by telephone, in person, etc.): In Person at 2:30 pm
Why attorney was not employed to handle your claim: They said that they do not handle this type of cases and sended me to the Lawyer Referal and...

(Attach additional sheets as needed)

3

5. Explain any other efforts you have made to contact an attorney to handle your claim: by the Yellow Pages and by the word of mouth and by asking to lawyers on this matter

6. Give any other information which supports your application for the court to appoint an attorney for you: because I am a total Ignorant on this type of issues and I tried real hard but I could not find any one that could help me.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: none as I remember.

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?  ___ yes  X no  ___ am self-employed

Name and address of employer:

N/A

| | |
|---|---|
| 1 | If employed, how much do you earn per month? __N/A__ |
| 2 | If not employed, give month and year of last employment: __2000/May__ |
| 3 | How much did you earn per month in your last employment? __Do not remember__ |
| 4 | If married, is your spouse employed? ___ yes _X_ no |
| 5 | If "YES," how much does your spouse earn per month? __N/A__ |
| 6 | If you are a minor under age 21, what is your parents' or guardians' approximate monthly |
| 7 | income? _____ |

B.   Assets    NONE

   (i)   Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes _X_ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

(Attach additional sheets as necessary)

      (ii)    <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? ___ yes  **X** no

If "YES," state total amount: _____

      (iii)   <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes  **X** no

If "YES," give value and describe it:

<u>Value</u>                                                 <u>Description</u>

    C.    <u>Obligations and Debts</u>

      (i)    <u>Dependents</u>

Your marital state is: ___ single  ___ married  ___ widowed, separated or divorced.

Your total number of dependents is: _____

List those person you actually support, your relationship to them, and your monthly contribution to their support:

<u>Name/Relationship</u>                         <u>Monthly Support Payment</u>

Wife in Mexico                       $600.00 a month

(ii) <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

<u>Creditor</u>                        <u>Total Debt</u>                         <u>Monthly Payment</u>

Rent: _____

Mortgage
on Home: _____

Others: food expenses
Bills for electricity
Water, transportation and acevally
Iruvng expenses

9.   <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: Nov/ 8th /07

_____
Signature

(Notarization is not required)